OPINION — AG — QUESTION: ARE THE GRAND RIVER DAM AUTHORITY BONDS APPROVED SECURITY TO SECURE DEPOSITS OF PUBLIC FUNDS. WE (STATE TREASURER) HAVE AT THIS TIME SOME OF THESE BONDS, WHICH HAVE BEEN PRESENTED TO THE STATE TREASURER BY A BANK IN MUSKOGEE TO SECURE COUNTY TREASURER'S DEPOSIT AT SAID BANK. WE ARE HOLDING UP THE TRANSACTION PENDING YOUR REPLY ? — NEGATIVE CITE: 19 O.S. 111 [19-111], 62 O.S. 516.3 [62-516.3], 82 O.S. 869 [82-869], 70 O.S. 1510.8 [70-1510.8], 11 O.S. 1353 [11-1353], 70 O.S. 1529.8 [70-1529.8], 70 O.S. 1709.8 [70-1709.8], 70 O.S. 1769.8 [70-1769.8], 70 O.S. 1941 [70-1941] (J. H. JOHNSON)